UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MALDONADO, | ) | Case No. CV 11-3208 JHN(JC) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:    April 26, 2011

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE